. R. D. BROWN. v. THE STATE.

No. 3379.    Decided May 1, 1907.

**Carrying Pistol—Deputation—Posse.**

Where a deputy sheriff orally summoned defendant to assist in an arrest and authorized him to carry a pistol, but the defendant went upon a different mission and engaged in a difficulty, a conviction for unlawfully carrying a pistol was authorized.

Appeal from the County Court of Goliad. Tried below before the Hon. J. Gus Patton.

Appeal from a conviction of unlawfully carrying a pistol; penalty, a fine of $100.

The opinion states the case.

*H. J. Passmore,* for appellant.

*F. J. McCord,* Assistant Attorney-General, for the State.

BROOKS, JUDGE.—Appellant was convicted of carrying a pistol, and his punishment assessed at a fine of $100.

The facts in this case show that the deputy sheriff attempted orally to deputize the appellant to assist in the arrest of a party wanted for a crime, and instructed appellant that he would have a right to carry a pistol. Appellant, however, instead of going in pursuit of the party wanted with the sheriff, secured a pistol and went upon a different mission to a little town in Goliad County, where he engaged in a difficulty with a party, and was seen there in possession of a pistol. The court gave a very apt charge, presenting all the phases of the evidence to the jury, and appellant's bills of exception under qualification of the court, present no error authorizing a reversal of the case.

The judgment is affirmed.    *Affirmed.*